CCA # 07-10-00242-CR

OFFENSE: Aggravated Robbery

STYLE: Chrystopher Don Preciado v. The State of Texas

PUNISHMENT: 40 yrs, TDCJ $1000 fine

COUNTY: Potter

TRIAL COURT: 47th District Court
TRIAL COURT #: 60,196-A
TRIAL COURT JUDGE: Honorable Dan L. Schaap
DISPOSITION: AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: July 13, 2011

JUSTICE: Justice Hancock     PC _____   S   YES
PUBLISH: YES          DNP: _____

CLK RECORD: July 19, 2010
RPT RECORD: September 27, 2010
STATE BR: March 4, 2011
APP BR: December 20, 2010

SUPP CLK RECORD: _____
SUPP RPT RECORD: November 17, 2010
SUPP BR: _____
PRO SE BR: _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
REFUSED
DATE: 03/18/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

Vol. 1 of 1